FLORENCE GOLDEN, Appellant, *v.* HORN & HARDART COMPANY, INC., Respondent.

(Argued January 14, 1936; decided January 28, 1936.)

*David F. Cohen, Edward M. Brandriss* and *Harold Cohn* for appellant.

*H. H. Brown* and *E. C. Sherwood* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.